UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SUZANNE M. MATTHEWS,

                Plaintiff,

                                               <u>ORDER</u>

                                               08-CV-6323L

            v.

CORNING INCORPORATED, et al.,

                Defendants.
_____

      Plaintiff's letter request of August 14, 2012 for time to file a reply to defendants' response to plaintiff's cross-motion for summary judgment is granted in part. Plaintiff may have until November 1, 2012 within which to file such a reply.

      IT IS SO ORDERED.

                                               _____
                                                  DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
         August 22, 2012.